UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

RICHARD A. STEHL,

    Petitioner,

v.                                                          Case No. 2:25-cv-58-SPC-KCD

DIRECTOR, FEDERAL BUREAU OF
PRISONS,

    Respondent.

## OPINION AND ORDER

Before the Court is the Director of the Federal Bureau of Prisons (BOP)'s Motion to Dismiss Stehl's 28 U.S.C. § 2241 Petition as Moot (Doc. 18). Petitioner Richard Stehl is serving a 96-month federal prison sentence. In his § 2241 petition, Stehl argues the BOP prolonged his detention by preventing him from earning time credits under the First Step Act of 2018 (FSA) until about ten months after he was sentenced. The BOP argues the petition is moot because it already awarded Stehl the maximum amount of FSA time credits available. Stehl did not respond to the BOP's motion, so it is subject to treatment as unopposed. *See* M.D. Fla. 3.01(c).

The FSA permits most federal prisoners to earn time credits for successfully completing evidence-based recidivism reduction programming. 18 U.S.C. § 3632(d)(4)(A). The BOP can apply the time credits to hasten a

prisoner's transfer to prerelease custody or supervised release. 18 U.S.C. § 3632(d)(4)(C); *see also Guerriero v. Miami RRM*, No. 24-10337, 2024 WL 2017730, at *1 (11th Cir. May 7, 2024). In other words, the time credits reduce the time of incarceration so a prisoner can begin his term of prerelease custody or supervised release sooner. The FSA limits that reduction to a maximum of 12 months. 18 U.S.C. § 3624(g)(3).

Stehl has earned 365 days of FSA credits, and the BOP has applied those credits to accelerate his release date from October 7, 2026, to October 7, 2025. (Doc. 18-1 at 10). That is the maximum reduction available under the FSA, so any time credits earned during the first ten months of Stehl's sentence would not have led to an earlier release. His petition is moot.

Accordingly, it is now

**ORDERED:**

The Director of the Federal Bureau of Prisons (BOP)'s Motion to Dismiss Stehl's 28 U.S.C. § 2241 Petition as Moot (Doc. 18) is **GRANTED**. Stehl's petition (Doc. 1) is **DISMISSED** as moot. The Clerk is **DIRECTED** to terminate any pending motions and deadlines, enter judgment, and close this case.

**DONE and ORDERED** in Fort Myers, Florida on May 28, 2025.

*/s/ Sheri Polster Chappell*
SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

SA: FTMP-1
Copies:   All parties of record

3